FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 16 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN SMITH, ZEUS HARRISON SMITH, | ) CASE NO. SACV-12-01511(AG)(ANX) <br> ) (JUDGE ANDREW J. GUILFORD) <br> ) |
| Plaintiffs <br> Vs. | ) <br> ) [~~PROPOSED~~] JUDG~~X~~MENT <br> ) |
| GARY LEVINSON <br> Defendant | ) |

For good cause shown, it is hereby ordered that, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, the instant action is dismissed. Judgment is hereby entered in favor of Defendant.

DATED: January 16, 2014

_____
JUDGE OF THE FEDERAL DISTRICT COURT
ANDREW J. GUILFORD

JUDGMENT